# AFFIDAVIT

I, Ryan M. Taylor (hereinafter "Affiant"), Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), being duly sworn and deposed, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. This Affidavit is submitted in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a warrant pursuant to a criminal complaint to arrest the person known as MEREDITH LOWELL, further described below.

2. Affiant is a Special Agent with the FBI and has been so employed for approximately three years. Affiant is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and is therefore empowered by law to conduct investigations, make arrests and execute search warrants for federal felony offenses.

3. As a Special Agent of the FBI, Affiant is responsible for investigating violations of federal law, including, but not limited to, violations involving terrorism and threat matters. Affiant is trained in various aspects of law enforcement, including the investigation of conduct constituting criminal offenses of international and domestic terrorism including threats and solicitations to commit acts of terrorism. Prior to joining the FBI, Affiant served for six years as a Captain in the United States Army as a Military Police Officer. As a military police officer, your Affiant investigated crimes and carried out policing duties. As a result, your Affiant has investigated dozens of allegations of criminal activity, conducted interviews of dozens of suspects and victims, and as a Special Agent, has served as affiant on one search warrant affidavit.

4. The facts set forth below are based upon Affiant's personal knowledge learned through the investigation of the FBI, as well as information obtained from other federal, state, and local law enforcement and information obtained from additional sources. In that this Affidavit is being submitted for the limited purpose of obtaining search warrants, Affiant submits that this Affidavit contains sufficient facts necessary to demonstrate probable cause to believe that evidence, fruits and instrumentalities of the crimes outlined below will be located in the Residence, but does not include every fact known to this investigation.

5. Based on the facts contained in this Affidavit, there is probable cause to believe that MEREDITH MARIE LOWELL has committed the following violations:

   a. Title 18, United States Code, Section 373 **Solicitation**: Whoever, with intent that another person engage in conduct constituting a felony that has as an element the use or attempted or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade a

person to engage in such conduct, that is in violation of Title 18, United States Code, Section 373.

b. The underlying violent criminal act is defined as Title 18, United States Code, Section 1111 **Murder**: Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, child abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.

## FACTUAL BACKGROUND

6. MEREDITH MARIE LOWELL (hereinafter, "LOWELL") is described as being approximately 5'0", 105 pounds, slight build, with brown hair, brown eyes and a date of birth of March 25, 1984. As of February 16, 2012, information obtained from trash recovered from the Residence indicates that letters were mailed to LOWELL at the Residence. In addition, a review of LOWELL's Ohio driver's license records showed her address to be 2207 Coventry Road, Cleveland Heights, Ohio (hereinafter "the Residence"). As detailed below, LOWELL has been known to use the alias "ANNE LOWERY."

7. On November 4, 2011, the FBI was provided information that a person owning a Facebook page under the name ANNE LOWERY posted a message on Facebook stating LOWERY wanted to hire a hitman to kill someone wearing fur. The message listed in the basic information section of LOWERY's information page stated:

"I would like to create an online community on facebook which would allow me to find someone who is willing to kill someone who is wearing fur toward the end of October 2011 or early November 2011 or possibly in January 2012 or February 2012 at the latest. The person willing to do this job would hopefully live in northeast Ohio, somewhere in Ohio, or be able to commute to Ohio and should be against people who wear fur products. I am willing to pay this person up to $830-$850 which is far more than I was originally willing to pay. Groups such as the Animal Rights Militia (also known as Animal Defense Militia) that are willing to kill people who wear fur are welcome to join this page. I welcome members of the Animal Liberation Front, the Animal Rights Militia, and similar groups that are militant to join and anyone else who believe that people who wear fur should be killed."

8. As a result of this message, the FBI began to investigate the Facebook posting, to include engaging the Facebook page with the use of an Online Covert Employee (hereinafter, OCE). The OCE has received 176 hours of training in conducting online investigations that have included training in both international and domestic terrorism threat investigations. The OCE's training also included how to create and maintain false personas online and how to communicate using false personas.

2

9. Subsequent investigation led Affiant to subpoena Facebook to identify user information and contact information associated with the Facebook website. The investigation showed e-mail address luckydith@hotmail.com was the e-mail used to create ANNE LOWERY's Facebook account. Subsequent investigation revealed the e-mail luckydith@hotmail.com was subscribed to by MEREDITH LOWELL.[1]

10. Affiant contacted the Cleveland Heights Police Department and was provided a copy of an e-mail sent to the Cleveland Heights Police on April 5, 2011 at 7:28 pm. The e-mail was from LOWELL using the luckydith@hotmail.com e-mail address. In the e-mail LOWELL stated, "My name is Meredith and I am a 27 year old resident of the city of Cleveland Heights, Ohio." The e-mail further stated that she was concerned about the animal rights movement and felt the fur trade is illegal. LOWELL indicated that she had been investigating the fur industry and believes the police should also conduct an investigation.

11. The name MEREDITH LOWELL, age 27, was run through various databases and a match was discovered. LOWELL's driver's license photograph along with the listed home address of 2207 Coventry Road, Cleveland Heights, Ohio, was discovered.

12. Various postings on ANNE LOWERY's Facebook webpage talked about the Cleveland Heights Library located on 1925 Coventry Road, Cleveland Heights, Ohio. A review of posting on the "wall" section of ANNE LOWERY's Facebook page revealed that most of her Facebook communication took place on Tuesday and Thursday evenings. On November 10, 2011, surveillance was conducted at the Cleveland Heights Library, 1925 Coventry Road, Cleveland Heights, Ohio in order to fully identify the main subject of this investigation. Surveillance confirmed LOWELL was in the library and was on a computer. During the period of observation "ANNE LOWERY" was communicating online directly with the OCE. Later in the evening the surveillance team observed LOWELL leave the library, get into a mini-van, license plate EB97ZB, and travel to address 2207 Coventry Road, Cleveland Heights, Ohio. Prior to LOWELL's leaving, "ANNE LOWERY" told the OCE she had to leave. The vehicle's license plate was run through law enforcement databases and found to be registered to MADLEN M. LOWELL. Further investigation confirmed that this is LOWELL's mother, and in fact, LOWELL lives at the Residence with her two adult brothers and her mother and father. Based on investigation and surveillance to this point, your Affiant concluded that LOWELL was in fact "ANNE LOWERY."

13. Before direct and exclusive email contact between LOWELL and the OCE started, they communicated via postings on LOWELL's "ANNE LOWERY" Facebook page. The following postings were discovered on LOWELL's Facebook page, under the name ANNE LOWERY, which stated that LOWELL had been researching the fur industry and gathering or producing "papers" related to the contract murder. Two postings on LOWELL's Facebook wall page stated the following:

> Excerpted from LOWELL's Facebook wall on November 1, 2011: "I am not sure if I should bring the fur advertisements collected since the beginning of the investigation into the fur industry or if those should be left at home during the protest. Do you think the police will find the advertisements if I leave them at home during the hit

---

[1] Preservation letters for both the Facebook account and Hotmail account were served in November, 2011, and the contents of both are the subject of separate search warrants.

3

event/protest? I saved them as evidence to show that real fur is still being falsely advertised as faux fur. But since they would only weigh down my bag old papers, I am not sure if I should bring them.

Another posting on the same date referencing her "papers" stated, "will probably have to hold off on the hit job until next week or even January of February 2012. I have been throwing away some unneeded papers and by this morning I realized that I just was not ready. I still need to throw more papers away...I need to at least try to get rid of at least ¼ of the papers I currently have so that the paper load is lighter and less weight to carry around during the event. Most of the current papers are about the fur industry that I have been printing out since 2008 at the library. I did not realize that I had more than 5 folders worth of these papers until last week so I hope to have only 2 ½ folders worth by Tuesday this time next week so that the bag will weigh less and therefor less to carry around during the protest event."

14. Additional Facebook communications between LOWELL and the OCE took place via Facebook private message board.[2] The following messages were sent to and from LOWERY during the initial contact:

FBI OCE: "Dear Anne – If you are serious I may be able to help you, contact me here or at my direct email righteousvandal at live dot com. Also if you are serious I will help you BUT YOU MUST IMMEDIATELY take down or change your post before facebook whacks it or law enforcement arrests you!"

LOWERY complied with the FBI OCE request and changed her profile to include the removal of any comments about murdering someone wearing fur and the solicitation of a hitman. She posted a few days later: "have you seen my current profile, the one I updated this Tuesday? Do you serious believe they would arrest me for it?

"I am serious but the event would have to be done in February or sometime in January. I am not sure if I could get arrested for arranging animal liberation events though, so e-mail me and lets stay in touch.

FBI OCE: "The profile you have now (Tuesday) is both legal and brilliant. The one you had before was not legal. Posting an advertisement to buy a hit man is not only ILLEGAL, it brings negative attention to what some of us are doing in shadows. Not to say you cannot get the deed (unlawful killing) done, just don't advertise for the world to see. This Crusade will be a long battle. You are more useful if you can succeed in your goals without being arrested or otherwise compromised. Like I say, if you are serious about getting the hit done, I may be able to assist. Let me know if this helped."

LOWERY's reply: "I won't advertise for the world to see it but I am serious about it. I would like to e-mail you from my e-mail account, however I cannot find your e-mail address on your page. Please e-mail me your e-mail address. Lets stay in touch!"

---

[2] LOWELL and the OCE used two of Facebook posting options during the investigation. "Wall" postings are public postings and can be viewed or added to by any Facebook user. Private message boards are accessible only by individuals "friended" by the owner and cannot be seen by the general public; thus, private message boards are a more secure and private way to communicate.

4

15. Contact between the OCE and LOWELL via ANNE LOWERY's Facebook page led to direct and exclusive one-on-one communication with LOWELL through her e-mail account luckydith@hotmail.com.

16. During an early e-mail message, LOWELL admitted that she used ANNE LOWERY as an alias and that her real name was MEREDITH LOWELL. The following provides additional details of LOWELL's e-mail messages to the FBI OCE:

Excerpted from November 15, 2011: "I think it is easier for us to communicate through e-mail than facebook due to obvious reasons. I still like facebook but think both should work. I think the time for you to do the job would definitely be in January or February on a Tuesday sometime between 6:20 at night and 7:00 at night. I cannot have you do it earlier in the day. Since you know why it is wrong for people to wear fur products, I assume you know why I am willing to pay someone like you to kill a person who is wearing fur. Here is the description of what the person should be who is wearing fur who should be killed – 1) color – any ethnicity, and any race 2) age- preferably 14 years old or older but should be at least 12 years old, hopefully a teenager or older, should not be a child 3) boy girl woman or man 4) height – at least 4 feet tall or taller 5) weight – any     Should not be anyone I currently know and definitely should not be anyone my family knows."

"Although I use the name Anne Lowery on Facebook, my real name is Meredith Lowell. I use the name Anne Lowery on facebook for personal reasons that are not in any way related to what I do on facebook. I have brown hair and brown eyes and stand 5 feet tall. I am 27 but look younger. On first seeing me, you might think I am in my teens. I am 100% against the fur industry and all kinds of animal cruelty."

"Other information about your job- I will pay you after you kill the person who is wearing fur at the above mentioned time and time of the year. The amount of money I will pay will be $730. You need to bring a gun that has a silencer on it and that can be easily concealed in your pants pocket or coat. Do not wear anything that even looks even remotely like fur. If you do not want to risk the possibility of getting caught with a gun before the job, bring a sharp knife that is atleast 4 inches long, it should be sharp enough to stab someone with and/or to slit their throat to kill them. I want the person to be dead in less than 2 minutes (under 2 minutes or 1 minute or less would be better.)

" Here is the description of where the job is take place that I will be paying you to do – 1925 Coventry Road, Cleveland Heights, Ohio 44118-2001 It is the library building that is near the playground."

Excerpted from December 29, 2011: "I would like the meeting to be with you person with you and me on Tuesday January 24th, 2012 at 6:20 at night at the location mentioned in an earlier e-mail to you. If an earlier Tuesday is known when we could have the meeting, I will let you know in another e-mail to you. I am serious about paying you to kill someone who is wearing fur at the location mentioned in an earlier e-mail to you and will pay you after you kill the person who is wearing fur after you kill them on the day and time mentioned in the earlier e-mail. I hope to meet with you and talk to you the evening of the hit at or before 6:20 at night but sometime 6:00 at night or after but would not mind having the hit done the week after the meeting as

5

long as it is hopefully still hopefully in January and on a Tuesday at 6:20 at night. I am planning on getting caught and why it happened and we can talk about this at the meeting and through e-mail.

"You will need to do the hit in the same building as the meeting and I am paying you to kill one person wearing fur who is 12 or older (but hopefully at least 14 years old however 12 years old or older is fine.)"

17. More recent e-mail conversations between the OCE and LOWELL have elaborated on how LOWELL intends on paying the OCE and her plans on being caught after the murder. Below are excerpts from recent e-mail communications cover the aforementioned topics:

Excerpted from January 6, 2012: "I realize that I might not have the $730 to pay you at that time. However, I do have some gold jewelry of some value that should be worth about the same cost of about $730 and you might even be able to get $730 or more for it if you sell it.

"I would be willing to pay you some money in addition to the jewelry"

"I hope the hit job can work out as I would still be willing to pay you some money in addition to the gold jewelry that you could sell as my pay for the hit job."

Excerpted from January 10, 2012: "I have not lost my resolve and you can trust me 100%. Due to some unfortunate schedule changes that I did not realize until earlier this month, I realize the hit will have to be held off until October. I also realize now that I will not be able to pay you the hundreds of dollars I had originally been able to pay you, so I still hope to pay you at least $100 or more plus the gold jewelry which I will give you as pay for the hit after you do the hit in October this year.

"I plan on staying after the hit for reasons of benefit to the movement. And I think being caught would actually benefit me personally. I hope you understand this. People around here tend to start wearing fur in September and the number of fur wearers tends to grow more as the year gets closer to winter when it is in the season of fall."

Excerpted from January 18, 2012: "Hello Edward! I am being as honest as a person can be. You can trust me! Earlier this month, my schedule changed when I did not expect it, so that is why the hit has to be held off until October. I would have had you do it as we had planned in the original contract, but as my schedule changed when I least expected it, I realized that the hit would have to wait until October of this year. The day of the week and time are still the same, but it will have to wait until October, however, I hope we will be able to get together for a meeting at the location in person on a Tuesday later in March or sometime in April or May. I think this meeting should be mandatory so you can at least see that I am Meredith and that I did write these e-mails. If you would like, we could even meet several times even after April or May for additional meetings at the location of the hit before the October hit.

6

I will probably even have the money well before October, but since that is the original amount I said in the contract, I hope to pay you that amount. I will bring the money to the meeting before the job so that you know that I will pay it to you after the October hit. If we meet later in March, sometime in April, May and happen to see someone wearing fur then and have the money on me then, then you can do the hit then at the meeting.

I never have hurt an animal and never would even dream of hurting an animal. I HATE animal torture and abuse!! I do not torture and do not torment activists! If you would like, I can even bring some of the money to the March, April, or May meeting. At this time, I am not sure if the meeting will be in March, April, or May, but if I have the money then, I will bring it to show you that I have it and will pay you at least $5 for even coming to the meeting but will not pay you for the hit until you do the hit in October at the same location. The location of the meeting is the same location as where the hit will take place (of which the adress is mentioned in the original contract. The contract is now for October instead of for January or February, however I agree to get together with you in person for a meeting so we can further set this plan together.

If you are unable to do this hit in October and do not agree to get together for at least one meeting with me in person in March, April, or May or even maybe a couple of times after that, or if someone else in your militia is not willing to do the hit in October and get together for in person meetings in March, April, or May meetings in person, then I will have to atleast try to hire someone else (which if I am not able to find someone in the movement someone who at the risky side would be someone at random maybe even a library employee if I cannot find someone else who would be at even the tiniest bit would be willing to kill a person who is wearing fur for pay). I as much as you want this to be done. At March, April, or May meeting in person, I will bring some type of identification whether it be a personal photo, and/or printed out e-mail from you. If at the meeting we see someone who is wearing fur, you can even do the hit then. I might even have the money in April or May and if I do, I will bring it to the meeting and if we see someone wearing fur then, you can do the hit then and I will pay you the money after you do the hit. So that you can see the resolve in this, I will bring the identification of myself and/ or e-mail from you to the meeting in March, April, or May. I am a reliable person so I hope you can come to the in person meeting with me at the location of the hit in March, April, or May. We cannot do the hit and cannot do the meeting this month or in February of this year. I want this to happen as much as you do! I hope this will work out! All for a world where there is no more fur industry, Meredith"

18. The OCE contacted LOWELL through the use of a second undercover persona early in the investigation.[3] Contact had ceased until January 2012. LOWELL responded to the second persona via e-mail on January 18, 2012.

---

[3] The second persona was of a female animal rights activist who served as a neutral sounding board for LOWELL. The OCE's female persona did not encourage or discourage LOWELL'S beliefs, rather she just let LOWELL discuss her ideas. To this end, the female persona has no apparent direct knowledge of LOWELL'S contact with the OCE's hitman persona and has not engaged her in conversation about the hitman.

<u>Excerpted from January 18, 2012</u>: "Unfortunately do to some unknown reasons, I have not been able to access my facebook account for quite some time now. I would like to be honest as to my real name. My real name is Meredith Lowell and yes, I am an animal rights activist. The Anne Lowery page is mine however and this is my real e-mail adress. As for facebook, I enjoyed it for as long as I was able to access it and am not sure why I am not able to access it. So I am not sure what is wrong and why I cannot access, however at some point I hope to set up a new social networking account, but for now I still like e-mail. I do not have a computer at home and do not have a personal cell phone, however, I am good with e-mail when I am online. And might be able to call you on the library phone in April or later.

As for activism, I am all for it. I am also for pushing for laws that help animals. I am for animal liberation, animal rights movements, and animal welfare. I certainly see nothing wrong with liberating animals from laboratories and fur factory farms since soldiers liberated people from Nazi camps in World War 2. Why should animal liberation be illegal since it is perfectly legal to liberate people from the abuse of Nazi camps of WW2? I think it is speciest to not liberate and push for the liberation of animals from laboratories and fur factory farms and I think that if the animals are replaced with new animals, they too should be liberated and put into safe loving homes. I am for taking legal risks if it means helping animals even when it means risking my own personal freedom and going to jail and/or prison for my righteous beliefs in helping animals for the animal rights movement. Human freedom is not animal rights and I believe this 100%. Animal rights attourney, activist, rescuer, and vegan says it is okay to risk legal trouble to help animals and I believe this 100%. So, yes, it is okay to risk personal freedom to help animals.

Frustration in some people being told more than once, even some designers such as Jennifer Lopez (who uses fur in her designs and has been educated more than once about why it is wrong to use fur in fashion) continues to use it in her designs and I can certainly see activists frustration in wanting to protest. I know several people personaly who continue to wear and even buy fur even though they have been personaly educated by me as to why it is wrong to wear fur. It frustrates me a whole lot. I cannot even describe the amount of frustration I have that these people have been educated and continue to wear it even though they should know better. I even see pet parents wearing fur when they are walking their dogs (some of these people have been educated about it)."

19. The most recent e-mail conversations between the OCE and LOWELL have elaborated on why LOWELL wants to commit the murder, her plans to commit the murder and being caught after the murder. LOWELL also discusses her distain towards family members and other local facilities that she believes abuses animals to include the Cleveland Clinic and the Cleveland Aquarium. Below are excerpts from recent e-mail communications cover the afore mentioned topics:

<u>Excerpted from February 15, 2012</u>: " Thankyou again for your reply! I agree with you that the sooner that we meet in person the better! I am sorry for the long time in between your response with this last e-mail! I had to go to Texas for longer than a

8

week because my uncle who lived there died and he has noone down there who could deal with his legal stuff and since I have no personal access to the internet other than at the library, I had to wait until today to reply to this. I know we will be able to meet together in person on a Tuesday later in March, or on a Tuesday in April or May. As for the exact Tuesday, I am not sure when at this time when in late March, or in April or May it will be able to be scheduled but I know we will for sure be able to meet on a Tuesday in late March, or on a Tuesday in April or May. Please stick with me on this! I know the meeting will be able to work out for sure. Since it is now the middle of February, it is not that much longer until the meeting on a Tuesday in late March, or in April or May, so please stay with me on this. The in person with you meeting on a Tuesday in late March, or on a Tuesday in April or May will be at the same location as the hit and if we see someone wearing fur then, you can do the hit then. There is even a good chance there might even be someone at the location of the hit when we have the in person meeting seeing as to how many people wear fur around here. I will bring a copy of an e-mail from you, the money so you know I have it, and a photo of some kind of myself to the meeting so you know that I am who I say I am. Since we will get together for a meeting in person in March, April, or May, I do not think it is necessary to send you the papers through the mail.

As you will see at the meeting when I bring at least one e-mail from you, the money to show you I will have it then, and some type of photo of myself, I am the real me. I live in Cleveland Heights, Ohio which is the city where the library is where the hit will take place and is a suburb of Cleveland, Ohio. I chose not to use the name Cleveland Heights, Ohio on my facebook page for security reasons not in any way related to you or the hit. You will see that I am the Meredith Lowell who I say I am on here for real then with 100% honesty!

Something which especially makes me upset is how the city of Cleveland just opened up an aquarium. As you and I both know, it is wrong for animals to be taken against their will and put into their equivilant of a bathtub. I am pretty sure I sent an e-mail to them this past summer and never got a reply back from them and it frustrates me. A lot of people who don't realize why it is wrong for animals to be in aquariums continue to go there and the director of there is making a lot of money from it. She claims that she cares about the animals according to what I have seen on the local news, but if she really cares about them, why does she keep them in their equivilant of a bathtub? I think she has serious ethics problems and that anyone who would want to support the Cleveland Aquarium has serious problems as well. For all I know maybe they would like it if their own babys were kept in the human equivilant of a bathtub against their will. We as animal rights activists need to put a stronger fight against people who abuse animals. Most of the e-mails I have sent to people in animal abusing industries and to police departments about animal abuse never get e-mail replys and the last time I was able to access my facebook account from what I could tell, most of the police on there never posted anything on there even mentioning about animals or even what they are doing if anything at all to stop animal cruelty which frustrates me and makes me even more wanting to get the meeting with you in person and hit done.

I hope for the best outcome for the hit and at least expect for the police to understand why I came to the realization why it is necessary to put a hit on people who wear fur.

I know I am frustrated with living at my current home for several reasons. Although I try to be as animal rights as I can, I live with people in my home who enjoy eating meat. I gave up eating meat some time ago. I live in a house where my mother refuses to get rid of fur items even though I have given her ideas about what to do about it to get rid of them. My mother still buys eggs and leather and wool products even though I have warned her against it and I have a brother who refuses to stop wearing wool. Both of my brothers don't see what is wrong with leather. I thankfully choose to avoid wearing wool and leather products as much as possible and do not see why anyone even would want to wear it. I have sneakers that are synthetic leather but not real leather : ). My father works next to a store that often sells fur products. So all of the speciesist things I have mentioned in this paragraph make me want to have the hit even sooner so I can get out of my house and hopefully get closer to ending the fur industry which is our goal. The only things I mentioned in this paragraph that do not frustrate me are how I have a pair of sneakers that are not real leather and how I do not eat meat and how I choose to avoid wearing wool and leather products. Thankfully I do not buy products that are tested on animals. I am frustrated how there is a fur chair in my house that my family refuses to get rid of and until the hit on someone wearing fur is done, I will not be able to get away from my house. So now you know part of the reason why I am going to stay at the location of the hit after the hit is done at the library- partially to get away from my house. I cannot stand living in a house where there are fur products that my family refuses to get rid of. If it were up to me, those products would have been long out of my house by now.
As I mentioned earlier in the e-mail, I WILL MEET YOU IN PERSON for a in person meeting with you on a Tuesday at the location of the hit (which is mentioned in the original contract) on a Tuesday in late March, or on a Tuesday at the location of the hit in April or may. I capitalized I WILL MEET YOU IN PERSON so you know I am being truthful about this. Since we might see someone at the meeting who is wearing fur, it might not have to wait until October. As long as we do not have to wait to do the hit in October, and if the hit can take place at the meeting, the better it will be for the movement.

As you might have noticed, I have not been on facebook for quite some time, and part of this is because I have not been able to access my facebook account which frustrates me because I do not know what is going on on there. I think maybe facebook kicked me off but not sure why I cannot access my facebook account. I enjoyed facebook because it allowed me to have better access to other activists and to better know what is going on but for some unknown reason, facebook won't allow me to access my personal account. If you can provide me with your phone number, I can call you 20 minutes before the meeting on the day of the meeting. This will allow me to know you are coming to the meeting and will be on time for it and that way you can talk to me in person before the meeting 20 minutes before the meeting takes place.

I hope all is going well for you. I am not sure how to set up a local animal rights militia. I do know someone localy who is an animal rights activist other than myself so it helps that there is at least one other animal rights activist other than myself who lives localy although I am not sure if she is in the animal rights militia movement level like you and I are. It would be helpful if she was so that she could at least understand

10

why I would come to the support and be in the militia viewpoint on the movement. I support the animal rights militia movement 100%. Sadly I do not think animal rights is that big in this area even though I see some people buying vegan food. If I do end up going to jail or prison, do you have some advice for me? I have never been to jail or prison but if I end up going, it is all for the benefit of at least trying to get the word out better. Many activists have gone to jail or prison for the benefit of the movement as well as other movements and I feel in many cases it has actually helped by getting the word out. Have you ever been to jail or prison in the USA? Since I feel it would be of some benefit into getting the word out by going to jail or prison and helping the movement in doing so (since it has helped in some ways for animal rights and other movements, I feel it would help with this one as well), I need to know what it is like for people in the movement and any advice for me in this aspect. Rosa Parks, although she was not in our movement was not scared to risk legal trouble to benefit the civil rights movement and to our viewpoint, I am not scared to risk personal legal trouble either since it could very well benefit our movement into ending the fur industry and hopefully get me away from my house.

Lets stay in touch! I would enjoy hearing through e-mail from some of the other people in your militia! Please provide me with their names and e-mail addresses so I can contact them through e-mail as well. I especially want for the Cleveland Clinic's Lerner Research Institute animals to be liberated and put somewhere where they are not tortured. I tried to get people to get the animals out of CCLRI when I was on facebook to no luck. Someone sent me an e-mail saying that it is illegal to liberate animals who are being used in medical "research" and I replied saying something along the lines of- what is the difference of animals being tortured in research and humans who were used in experiments in the World War 2 holocaust. In this speciesist world we live in, and in a world that seems to glorify animal abusing industries, I feel as if I was talking to a wall when I wrote that to her. I hope our movement will move people away from speciesism and understand why animal abuse is wrong. I want the hit to happen as much as you do!"[4]

20. Trash covers were conducted on November 21, 2011, January 3, 2012, January 17, 2012, January 23, 2012 and February 13, 2012 at LOWELL's Residence. All five trash covers indicated that mail was being received by LOWELL at the Residence. Madlen M. Lowell, Jeffery F. Lowell, Jeffery E. Lowell and Whitney Lowell also received mail at this location. The trash covers in January showed that LOWELL received mail addressed to her as MEREDITH LOWELL from the following animal right organizations: RedRover, Bringing Animals from Crisis to Care, Pasado's Safe Haven, Sea Shepherd Conservation Society, Friends Animal Society and Physicians Committee For Responsible Medicine (PCRM).

21. A hand written note was discovered from the trash cover conducted on November 21, 2011 with the following message:

"11/15/11 Fur Shame Report 6 people were wearing fur murder at various shopping places, 1 was wearing it at a bus stop. 1 of the people was trying it on in a store and

---

[4] The reference to an email sent to a person invoking a comparison to World War II and the Holocaust was, in fact, an email sent on January 18, 2012 to the second OCE persona and detailed above in Paragraph 18.

speaking Chinese. Many of the stores were selling items falsely labeled as faux fur. I even saw items falsely labeled as faux fur that were baby and children clothes as well as bed throws and pet products"

22. A number of loose notes were discovered in LOWELL's trash on January 3, 2012 which contained the following hand written messages:

"Start working back on the investigation no later than 12/30"

"Write e-mail to Jane an latest developments and possible check my FB page. If have no way of getting on FB page, e-mail Jane and ask her for help in getting me on or set up new social networking page on another social net working site which would be an option but not necessarily important"[5]

"Nintendo 3DS or new computer at or below $500 – Decide no later that Thursday! This is so I can decide wrather or not to return game I got for Christmas I would get new computer before"

23. The following items were discovered in LOWELL's trash on January 17, 2012:

One pamphlet which contained information on the Cleveland Heights Community Emergency Response Team (CERT).

RTA bus schedules for 2012.

Receipt from the Cleveland Heights libraries system – shows a video on the Secret Service and the movie "G-men" were signed out.

The last page of what appears to be an AT&T billing statement. It was the back page so I didn't get any account details or subscriber info. Also found a handwritten note that stated, "AT&T internet $35.00."

Receipt from the Post Office showing a letter was mailed to Tampa, Florida. [6]

24. A number of loose notes were discovered in LOWELL's trash on January 23, 2012 which contained the following hand written messages:

"Where will it be put if desktop or all in one?"

"Can it be put in my room?"

"if not, might want to go with laptop"

"if cannot put in bedroom will want to put it in basement of music room"

"Desktop or all in one"

---

[5] A review of LOWELL's Facebook page showed she was friends with a person using the name HALEVY JANE on Facebook who is also an animal rights activist and one of only three listed friends on LOWELL's Facebook page.
[6] The content of this letter is unknown, but investigation shows that LOWELL was in communication, via Facebook, with an Animal Rights activist located in Tampa, Florida.

12

"What is the difference between them"

"Do not get screen larger than 21.5 inches – make it between 17 and 21 inches if possible"

An index card was also found which had sporadic notes hand written and stated the following: Boucher 1937-1972 (enamel bird pin 300-500); famous 1941 corncob; Brooch Prized by collectors 1,000 – 2,000; roman mosaic pit in 18K 98s; Gun metal Go holder & Chain; chain plain or with round glass [unreadable] $300; Fashions in Clothing P135 & Jewelry; Sterling heart charm bracelet (a charm) $250; (diamond bracelet & Linda Franks necklace) Necklace shown – 1930's 14K white gold set with etched [unreadable] crystal accented with diamond in center $2,800.

25. The following items were discovered in LOWELL's trash on February 13, 2012:

    A letter addressed to LOWELL from Medical Mutual of Ohio.

    Natchez Shooters Supplies magazine addressed to WHITNEY LOWELL.

26. A check of records of other residents in the house revealed that her brother, WHITNEY LOWELL has a concealed weapons permit. Multiple trash covers have also shown that WHITNEY receives various gun magazines at the residence.

27. As part of the solicitation to hire a hit-man LOWELL has indicated that she wants to be on site when the murder takes place. She has also indicated that she has done research, and has "papers" she plans on carrying with her during the murder to distribute after the homicide. A search warrant has been sought for these items and other relevant evidence.

28. On February 16, 2012, your Affiant contacted the Cleveland Aquarium concerning any and all communications they received from either MEREDITH LOWELL, ANNE LOWERY, or luckydith@hotmail.com. Your Affiant was informed that they are searching approximately six computer storage devices for any communications.

## CONCLUSION

29. Based upon the above information, there is probable cause pursuant to Federal Criminal Rule 4 to believe that LOWELL solicited the OCE to murder an individual wearing fur and made an offer of payment in cash and jewelry for the OCE to carry out the solicitation. As a result of this conclusion, your Affiant requests authority to arrest LOWELL for Solicitation pursuant to Title 18 U.S.C. §373.

Respectfully submitted,

_____
Ryan M. Taylor
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on February 17, 2012:

_____
WILLIAM H. BAUGHMAN, JR.
UNITED STATES MAGISTRATE JUDGE