

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| Plaintiff, | ) <br> ) CASE NO. |
| v. | ) <br> ) JUDGE  **1:12CR110** |
| MEREDITH LOWELL,<br>aka ANNE LOWERY, | ) <br> ) **JUDGE GAUGHAN** <br> ) Title 18, United States Code, <br> ) Sections 373 and 1958 |
| Defendant. | |

### COUNT 1

The Grand Jury charges:

1. From on or about November 4, 2011 through February 15, 2012, in the Northern District of Ohio, the defendant, MEREDITH LOWELL, also known as ANNE LOWERY, with the intent that an individual known to her as "Edward Vandal," engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did, using an instrument of interstate communication, solicit, command, induce and endeavor to

2

persuade an individual known to her as "Edward Vandal" to engage in such conduct, that is: the use of a facility of interstate commerce for the purpose of interfering with the operation of an animal enterprise and in connection with such purpose attempted to intentionally place a person in reasonable fear of death or bodily injury by a course of conduct involving threats and intimidation in violation of Title 18, United States Code, Section 43(a); in violation of Title 18, United States Code, Section 373.

### COUNT 2

The Grand Jury further charges:

2. From on or about November 4, 2011 through February 15, 2012, in the Northern District of Ohio, the defendant, MEREDITH LOWELL, also known as ANNE LOWERY, used a facility of interstate communication, specifically, the Internet and email accounts maintained on and accessed via the Internet, with the intent that an individual known to her as "Edward Vandal" engage in such conduct, that is: the murder of any individual wearing clothing made with fur, in violation of the laws of any state or the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: approximately $730 in cash and items of jewelry.

All in violation of Title 18, United States Code, Section 1958.

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.