UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR110 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| MEREDITH LOWELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff's Motion for Evaluation. The motion is granted.

On April 12, 2012, Dr. Leslie Powers, Ph.D., issued a forensic evaluation, pursuant to a Court order under Title 18 U.S.C. §4241(b), which found the above captioned defendant not competent to proceed. On November 7, 2012, Dr. Powers issued a second forensic evaluation pursuant to 18 U.S.C. §4241(d) which found the defendant not able to be rehabilitated to competency. At the Government's request, the defendant is referred for a "dangerousness" evaluation pursuant to Title 18 U.S.C. §§ 4246 and 4248. Defendant is currently in custody at FMC Carswell. A report must be filed with this Court and served on counsel of record within 45 days of the date of this Order.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 11/29/12